9 A.3d 1179 (2010)
Stacey D. POWELL, Appellant
v.
EMIGRANT MORTGAGE COMPANY, INC., Appellee.
No. 4 MAP 2010.
Supreme Court of Pennsylvania.
Argued November 30, 2010.
Decided December 21, 2010.
James S. Tupitza, Esq., Tupitza & Bryman, P.C., West Chester, for Stacey D. Powell, appellant.
Blair H. Granger, Esq., Blair H. Granger & Associates, P.C., Paoli, for Emigrant Mortgage Company, Inc., appellee.
BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and ORIE MELVIN, JJ.
Prior report: Pa.Super., 959 A.2d 982.

ORDER
PER CURIAM.
The appeal is dismissed as having been IMPROVIDENTLY GRANTED.